**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: BOLING, CHRISTOPHER G.                 § Case No. 10-72313
                                              §
                                              §
Debtor(s)                                     §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 03, 2010. The undersigned trustee was appointed on September 15, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $        4,000.16

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 4,000.16 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

    6. The deadline for filing non-governmental claims in this case was 11/22/2010 and the deadline for filing governmental claims was 11/22/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

    7. The Trustee's proposed distribution is attached as **Exhibit D** .

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.04, for a total compensation of $1,000.04.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/23/2011                By: /s/JAMES E. STEVENS
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72313  
**Case Name:** BOLING, CHRISTOPHER G.  

**Trustee:** (330420)　JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/03/10 (f)  
**§341(a) Meeting Date:** 06/24/10  

**Period Ending:** 02/23/11  
**Claims Bar Date:** 11/22/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2003 Ski Nautique (1/2) interest | 12,000.00 | 4,000.00 | DA | 4,000.00 | FA |
| 2 | residence - 1586 Kirby Ct., Belvidere IL | 550,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | cash on hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking - Riverside Community Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | HHGS/furnishings (1/2) interest | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Picture - Peter Max painint (1/2) interest | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | wearing apparel - normal complement | 750.00 | 0.00 | DA | 0.00 | FA |
| 8 | jewelry - normal complement | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | workout equipment - 1/2interest | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | two term policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA - WE-trade | 8,829.04 | 0.00 | DA | 0.00 | FA |
| 12 | Mercator interests | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Mercator of Colorado | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | health, life property & casualty ins. licenses | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 08 VW Toraug (corporate lease) | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | 09 Suzuski 5x4 (Debtor's 1/2 interest) | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2001 Ford Expedition | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Dell desktop, fax machine, etc. | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | dog - family pet | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | 2006 Nissan Pathfinder | 10,800.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.16 | FA |
| 21 Assets | Totals (Excluding unknown values) | $630,079.04 | $4,000.00 | | $4,000.16 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72313  
**Case Name:** BOLING, CHRISTOPHER G.

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/03/10 (f)  
**§341(a) Meeting Date:** 06/24/10  

**Period Ending:** 02/23/11  
**Claims Bar Date:** 11/22/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2011    **Current Projected Date Of Final Report (TFR):** February 23, 2011 (Actual)

Printed: 02/23/2011 07:46 AM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-72313 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BOLING, CHRISTOPHER G. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-65 - Money Market Account |
| Taxpayer ID #: | **-***4093 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 02/23/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/09/10 | {1} | Chr and Kari Boling | 1/2 interest in 2003 Ski Nautique | 1110-000 | 4,000.00 | | 4,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.02 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.05 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.14 |
| 02/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.02 | | 4,000.16 |
| 02/23/11 | | To Account #9200******2866 | Transfer to close money market account | 9999-000 | | ! 4,000.16 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 4,000.16 | 4,000.16 | $0.00 |
| Less: Bank Transfers | | 0.00 | 4,000.16 | |
| Subtotal | | 4,000.16 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4,000.16** | **$0.00** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 02/23/2011 07:46 AM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-72313  
**Case Name:** BOLING, CHRISTOPHER G.  

**Taxpayer ID #:** **-***4093  
**Period Ending:** 02/23/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-66 - Checking Account  
**Blanket Bond:** $166,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/11 | | From Account #9200******2865 | Transfer to close money market account | 9999-000 | ! 4,000.16 | | 4,000.16 |
| | | | **ACCOUNT TOTALS** | | 4,000.16 | 0.00 | **$4,000.16** |
| | | | Less: Bank Transfers | | 4,000.16 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 02/23/2011 07:46 AM    V.12.56

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-72313  
**Case Name:** BOLING, CHRISTOPHER G.

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-67 - Money Market Account

**Taxpayer ID #:** **-***4093  
**Period Ending:** 02/23/11

**Blanket Bond:** $166,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******28-65** | 4,000.16 | 0.00 | 0.00 |
| **Checking # 9200-******28-66** | 0.00 | 0.00 | 4,000.16 |
| **MMA # 9200-******28-67** | 0.00 | 0.00 | 0.00 |
| | **$4,000.16** | **$0.00** | **$4,000.16** |

{} Asset reference(s)                                                                Printed: 02/23/2011 07:46 AM    V.12.56

Printed: 02/23/11 07:46 AM                    **Claims Distribution Register**                               Page: 1

### Case:  10-72313    BOLING, CHRISTOPHER G.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 4 | 09/16/10 | 100 | US Bancorp Business Equipment Finance Group<br>Attn: Bankruptcy Department<br>1310 Madrid Street, Suite 101<br>Marshall, MN 56258<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>Claim No. 4 is allowed as a secured claim but disallowed for purposes of disdtribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 31,373.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | 11/22/10 | 100 | Associated Bank f/k/a<br>Associated Loan Services,Attn: Asset Recovery Dept.,1305 Main Street<br>Stevens Point, WI 54481<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>Claim No. 9 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 146,945.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$178,319.50** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$178,319.50** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/03/10 | 200 | Barrick, Switzer Law Firm<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 1,293.00 | 1,293.00 | 0.00 | 1,293.00 | 1,293.00 |
| | 05/03/10 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;2100-00   Trustee Compensation&gt; | 1,000.04 | 1,000.04 | 0.00 | 1,000.04 | 1,000.04 |
| | | | **Total for Priority 200:   100% Paid** | **$2,293.04** | **$2,293.04** | **$0.00** | **$2,293.04** | **$2,293.04** |
| | | | **Total for Admin Ch. 7 Claims:** | **$2,293.04** | **$2,293.04** | **$0.00** | **$2,293.04** | **$2,293.04** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 09/04/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 165.97 | 165.97 | 0.00 | 165.97 | 1.92 |
| 2 | 09/04/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 107.21 | 107.21 | 0.00 | 107.21 | 1.24 |
| 3 | 09/10/10 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 20,518.10 | 20,518.10 | 0.00 | 20,518.10 | 236.78 |

Printed: 02/23/11 07:46 AM

## Claims Distribution Register

Page: 2

### Case: 10-72313    BOLING, CHRISTOPHER G.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 10/26/10 | 610 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)> | 4,110.61 | 4,110.61 | 0.00 | 4,110.61 | 47.44 |
| 6 | 11/11/10 | 610 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 <7100-00   General Unsecured § 726(a)(2)> | 598.94 | 598.94 | 0.00 | 598.94 | 6.91 |
| 7 | 11/18/10 | 610 | Associated Bank, N.A. Jamie S Cassel ESq 2902 McFarland Rd Ste 400 Rockford, IL 61107 <7100-00   General Unsecured § 726(a)(2)> | 88,553.54 | 88,553.54 | 0.00 | 88,553.54 | 1,021.90 |
| 8 | 11/19/10 | 610 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 <7100-00   General Unsecured § 726(a)(2)> | 15,698.66 | 15,698.66 | 0.00 | 15,698.66 | 181.16 |
| 10 | 11/22/10 | 610 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 <7100-00   General Unsecured § 726(a)(2)> | 18,177.44 | 18,177.44 | 0.00 | 18,177.44 | 209.77 |
| | | | **Total for Priority 610:    1.15400% Paid** | $147,930.47 | $147,930.47 | $0.00 | $147,930.47 | $1,707.12 |
| | | | **Total for Unsecured Claims:** | $147,930.47 | $147,930.47 | $0.00 | $147,930.47 | $1,707.12 |
| | | | **Total for Case :** | $328,543.01 | $150,223.51 | $0.00 | $150,223.51 | $4,000.16 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-72313
Case Name: BOLING, CHRISTOPHER G.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 4,000.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | US Bancorp Business Equipment Finance Group | 31,373.95 | 0.00 | 0.00 | 0.00 |
| 9 | Associated Bank f/k/a | 146,945.55 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,000.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,000.04 | 0.00 | 1,000.04 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,293.00 | 0.00 | 1,293.00 |

Total to be paid for chapter 7 administration expenses: $ 2,293.04
Remaining balance: $ 1,707.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,707.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (10/1/2010)**

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 1,707.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,930.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 165.97 | 0.00 | 1.92 |
| 2 | Chase Bank USA, N.A. | 107.21 | 0.00 | 1.24 |
| 3 | Capital One Bank (USA), N.A. | 20,518.10 | 0.00 | 236.78 |
| 5 | PYOD LLC its successors and assigns as assignee of | 4,110.61 | 0.00 | 47.44 |
| 6 | Chase Bank USA NA | 598.94 | 0.00 | 6.91 |
| 7 | Associated Bank, N.A. | 88,553.54 | 0.00 | 1,021.90 |
| 8 | US Bank N.A. | 15,698.66 | 0.00 | 181.16 |
| 10 | Fia Card Services, NA/Bank of America | 18,177.44 | 0.00 | 209.77 |

| | Total to be paid for timely general unsecured claims: | $ | 1,707.12 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**