UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: BOLING, CHRISTOPHER G.              § Case No. 10-72313
                                            §
                                            §
                                            §
Debtor(s)                                   §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/13/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 02/23/2011          By:  /s/JAMES E. STEVENS
                                           Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: BOLING, CHRISTOPHER G. | § Case No. 10-72313 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 4,000.16 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 4,000.16 |
| **Balance on hand:** | **$** | 4,000.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | US Bancorp Business Equipment Finance Group | 31,373.95 | 0.00 | 0.00 | 0.00 |
| 9 | Associated Bank f/k/a | 146,945.55 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 4,000.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,000.04 | 0.00 | 1,000.04 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,293.00 | 0.00 | 1,293.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,293.04 |
| Remaining balance: | $ | 1,707.12 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,707.12 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,707.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,930.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 165.97 | 0.00 | 1.92 |
| 2 | Chase Bank USA, N.A. | 107.21 | 0.00 | 1.24 |
| 3 | Capital One Bank (USA), N.A. | 20,518.10 | 0.00 | 236.78 |
| 5 | PYOD LLC its successors and assigns as assignee of | 4,110.61 | 0.00 | 47.44 |
| 6 | Chase Bank USA NA | 598.94 | 0.00 | 6.91 |
| 7 | Associated Bank, N.A. | 88,553.54 | 0.00 | 1,021.90 |
| 8 | US Bank N.A. | 15,698.66 | 0.00 | 181.16 |
| 10 | Fia Card Services, NA/Bank of America | 18,177.44 | 0.00 | 209.77 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,707.12 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-72313-MB
Christopher G. Boling Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 2     Date Rcvd: Mar 16, 2011
                  Form ID: pdf006    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2011.

```
db            +Christopher G. Boling,    1586 Kirby Court,    Belvidere, IL 61008-7180
aty           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr            +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, IL 61108-2579
15523726      +Ariana Properties, LLC,    90 Madison Street #106,    Denver, CO 80206-5414
15523727      +Associated,    PO Box 19097,    Green Bay, Wi 54307-9097
15523728      +Associated Bank,    1305 Main Street,    Stevens Point, WI 54481-2898
16456524      +Associated Bank f/k/a,    Associated Loan Services,    Attn: Asset Recovery Dept.,
                1305 Main Street,    Stevens Point, WI 54481-2898
16440913      +Associated Bank, N.A.,    Jamie S Cassel ESq,    2902 McFarland Rd Ste 400,
                Rockford, IL 61107-6801
15523730      +Bank of America,    PO Box 15027,    Wilmington, DE 19850-5027
15523731      +Bank of America,    PO Box 15184,    Wilmington, DE 19850-5184
15523729       Bank of America,    PO Box 53512,    Atlanta, GA 30353-3512
15523734       CITI Cards,    PO Box 6000,    The Lakes, NV 89163-6000
16117721       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
                Oklahoma City, OK 73124-8839
15523733      +Catherine Baer-Mirza,    3990 Westlake Village Drive,    Winnebago, IL 61088-8025
16411647       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
16096238       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15523735      +Diamond Brothers Insurance,    PO Box 1090,    Paris, IL 61944-5090
15523736      +FHN Hospital,    1045 W. Stephenson Street,    Freeport, IL 61032-4864
15523737      +ICHP Building Co.,    4055 N. Perryville Road,    Loves Park, IL 61111-8653
15523738      +Innovus & The Millenium Plan,    2777 Allen Parkway #1122,    Houston, TX 77019-2136
15523739      +Kari Boling,    1586 Kirby Court,    Belvidere, IL 61008-7180
15523740      +Lisa Mancuso,    628 Ansley Street,    Florence, SC 29505-3181
15523741       McHenry Savings Bank,    PO Box 566,    McHenry, IL 60051-0566
15523742       National City Bank,    PO Box 856177,    Louisville, KY 40285-6177
16325128      +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15523743       Quest,    PO Box 29040,    Phoenix, AZ 85038-9040
15523744      +Razvan Mirza,    3990 Westlake Village Drive,    Winnebago, IL 61088-8025
15523745      +St. Anthony Hospital,    Employee Federal Credit Union,    5510 E. State Street,
                Rockford, IL 61108-2381
15523746      +TDS Metro Com,    9950 North Alpine Road,    Machensey Park, IL 61115-8362
16444931     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
15523749     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank, NA,    PO Box 2188,    Oshkosh, WI 54903-2188)
16140676      +US Bancorp Business Equipment Finance Group,    Attn: Bankruptcy Department,
                1310 Madrid Street, Suite 101,    Marshall, MN 56258-4002
15523747      +US Bank,    1310 Madrid St., #106,    Marshall, MN 56258-4006
15523748       US Bank Via,    PO Box 790179,    St. Louis, MO 63179-0179
15523750      +Willard Dean & First Choice,    1920 2nd Loop Road,    Florence, SC 29501-6123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16457927       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2011 01:43:42
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, IL 61108-2579
aty*          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, Il 61108-2579
15523732      ##Capital One,    PO Box 85167,    Richmond, VA 23285-5167
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 2               Date Rcvd: Mar 16, 2011
                              Form ID: pdf006            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2011**          **Signature:** _/s/ Joseph Speetjens_