# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: BOLING, CHRISTOPHER G. | § | Case No. 10-72313 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $630,079.04 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $1,707.12 | Claims Discharged Without Payment: $1,842,490.35 |
| Total Expenses of Administration: $2,293.04 | |

3) Total gross receipts of $ 4,000.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $674,897.00 | $178,319.50 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,293.04 | 2,293.04 | 2,293.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 1,843,725.87 | 147,930.47 | 147,930.47 | 1,707.12 |
| **TOTAL DISBURSEMENTS** | $2,518,622.87 | $328,543.01 | $150,223.51 | $4,000.16 |

4) This case was originally filed under Chapter 7 on May 03, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011          By: /s/JAMES E. STEVENS
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Ski Nautique (1/2) interest | 1110-000 | 4,000.00 |
| Interest Income | 1270-000 | 0.16 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | US Bancorp Business Equipment Finance Group | 4110-000 | N/A | 31,373.95 | 0.00 | 0.00 |
| 9 | Associated Bank f/k/a | 4110-000 | 146,947.00 | 146,945.55 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 10,800.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Savings Bank | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 490,000.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Anthony Hospital Employees Federal Credit | 4110-000 | 12,150.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$674,897.00** | **$178,319.50** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,000.04 | 1,000.04 | 1,000.04 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 1,293.00 | 1,293.00 | 1,293.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,293.04 | 2,293.04 | 2,293.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 165.97 | 165.97 | 1.92 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 107.21 | 107.21 | 1.24 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 19,950.00 | 20,518.10 | 20,518.10 | 236.78 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,110.61 | 4,110.61 | 47.44 |
| 6 | Chase Bank USA NA | 7100-000 | 4,152.00 | 598.94 | 598.94 | 6.91 |
| 7 | Associated Bank, N.A. | 7100-000 | 105,246.87 | 88,553.54 | 88,553.54 | 1,021.90 |
| 8 | US Bank N.A. | 7100-000 | N/A | 15,698.66 | 15,698.66 | 181.16 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | 18,110.00 | 18,177.44 | 18,177.44 | 209.77 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | National City Bank | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ICHP Building Co. | 7100-000 | 11,980.00 | N/A | N/A | 0.00 |
| NOTFILED | Innovus & The Millenium Plan | 7100-000 | 215,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lisa Mancuso | 7100-000 | 480,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Willard Dean & First Choice Healthcare | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Visa | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank, NA | 7100-000 | 52,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 32,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TDS - Metro Com | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FHN Hospital | 7100-000 | 215,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Razvan Mirza | 7100-000 | 135,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated | 7100-000 | 58,123.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Catherine Baer-Mirza | 7100-000 | 80,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 8,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Dimond Brothers Insurance | 7100-000 | 33,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ariana Properties, LLC | 7100-000 | 60,564.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,843,725.87 | 147,930.47 | 147,930.47 | 1,707.12 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 10-72313  
Case Name: BOLING, CHRISTOPHER G.  
Period Ending: 05/11/11

Trustee: (330420)  JAMES E. STEVENS  
Filed (f) or Converted (c): 05/03/10 (f)  
§341(a) Meeting Date: 06/24/10  
Claims Bar Date: 11/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2003 Ski Nautique (1/2) interest | 12,000.00 | 4,000.00 | DA | 4,000.00 | FA |
| 2 | residence - 1586 Kirby Ct., Belvidere IL | 550,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | cash on hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking - Riverside Community Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | HHGS/furnishings (1/2) interest | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Picture - Peter Max painint (1/2) interest) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | wearing apparel - normal complement | 750.00 | 0.00 | DA | 0.00 | FA |
| 8 | jewelry - normal complement | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | workout equipment - 1/2interest | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | two term policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA - WE-trade | 8,829.04 | 0.00 | DA | 0.00 | FA |
| 12 | Mercator interests | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Mercator of Colorado | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | health, life property & casualty ins. licenses | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 08 VW Toraug (corporate lease) | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | 09 Suzuski 5x4 (Debtor's 1/2 interest) | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2001 Ford Expedition | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Dell desktop, fax machine, etc. | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | dog - family pet | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | 2006 Nissan Pathfinder | 10,800.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.16 | FA |
| 21 | Assets    Totals (Excluding unknown values) | $630,079.04 | $4,000.00 | | $4,000.16 | $0.00 |

Major Activities Affecting Case Closing:

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-72313 | Trustee: | (330420) JAMES E. STEVENS |
| --- | --- | --- | --- |
| Case Name: | BOLING, CHRISTOPHER G. | Filed (f) or Converted (c): | 05/03/10 (f) |
| | | §341(a) Meeting Date: | 06/24/10 |
| Period Ending: | 05/11/11 | Claims Bar Date: | 11/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   June 30, 2011    Current Projected Date Of Final Report (TFR):   February 23, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-72313 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | BOLING, CHRISTOPHER G. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-65 - Money Market Account |
| Taxpayer ID #: | **-***4093 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/10 | {1} | Chr and Kari Boling | 1/2 interest in 2003 Ski Nautique | 1110-000 | 4,000.00 | | 4,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.02 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.05 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.14 |
| 02/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 4,000.16 |
| 02/23/11 | | To Account #9200******2866 | Transfer to close money market account | 9999-000 | | 4,000.16 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,000.16 | 4,000.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,000.16 | |
| | | | Subtotal | | 4,000.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,000.16 | $0.00 | |

{} Asset reference(s)  
Printed: 05/11/2011 07:45 AM   V.12.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-72313 | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | BOLING, CHRISTOPHER G. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******28-66 - Checking Account |
| Taxpayer ID #: | **-***4093 | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 05/11/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/11 | | From Account #9200******2865 | Transfer to close money market account | 9999-000 | 4,000.16 | | 4,000.16 |
| 04/13/11 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $1,293.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,293.00 | 2,707.16 |
| 04/13/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,000.04, Trustee Compensation; Reference: | 2100-000 | | 1,000.04 | 1,707.12 |
| 04/13/11 | 103 | Capital One Bank (USA), N.A. | Dividend paid 1.15% on $20,518.10; Claim# 3; Filed: $20,518.10; Reference: | 7100-000 | | 236.78 | 1,470.34 |
| 04/13/11 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.15% on $4,110.61; Claim# 5; Filed: $4,110.61; Reference: | 7100-000 | | 47.44 | 1,422.90 |
| 04/13/11 | 105 | Chase Bank USA NA | Dividend paid 1.15% on $598.94; Claim# 6; Filed: $598.94; Reference: | 7100-000 | | 6.91 | 1,415.99 |
| 04/13/11 | 106 | Associated Bank, N.A. | Dividend paid 1.15% on $88,553.54; Claim# 7; Filed: $88,553.54; Reference: | 7100-000 | | 1,021.90 | 394.09 |
| 04/13/11 | 107 | US Bank N.A. | Dividend paid 1.15% on $15,698.66; Claim# 8; Filed: $15,698.66; Reference: | 7100-000 | | 181.16 | 212.93 |
| 04/13/11 | 108 | Fia Card Services, NA/Bank of America | Dividend paid 1.15% on $18,177.44; Claim# 10; Filed: $18,177.44; Reference: | 7100-000 | | 209.77 | 3.16 |
| 04/13/11 | 109 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 3.16 | 0.00 |
| | | | Dividend paid 1.15% on 1.92 $165.97; Claim# 1; Filed: $165.97 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.15% on 1.24 $107.21; Claim# 2; Filed: $107.21 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 4,000.16 | 4,000.16 | $0.00 |
| | | | Less: Bank Transfers | | 4,000.16 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,000.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,000.16 | |

{} Asset reference(s)

Printed: 05/11/2011 07:45 AM  V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-72313 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | BOLING, CHRISTOPHER G. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-67 - Money Market Account |
| Taxpayer ID #: | **-***4093 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # 9200-******28-65 | 4,000.16 | 0.00 | 0.00 |
| Checking # 9200-******28-66 | 0.00 | 4,000.16 | 0.00 |
| MMA # 9200-******28-67 | 0.00 | 0.00 | 0.00 |
| | $4,000.16 | $4,000.16 | $0.00 |

{} Asset reference(s)    Printed: 05/11/2011 07:45 AM    V.12.56

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

# BNY MELLON

**Statement Period**
April 1 - April 30, 2011

**10-72313**
**BOLING, CHRISTOPHER G., DEBTOR**
**JAMES E STEVENS (0000330420)**
**TRUSTEE**
6833 STALTER DRIVE
ROCKFORD, IL 61108

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92001586782866 | | $4,000.16 | $0.00 |
| **Total** | | $4,000.16 | $0.00 |

### Important Information Regarding Your Account

ON MONDAY, MAY 30TH, MEMORIAL DAY, BOTH BNY MELLON AND THE BMS BANKING CENTER WILL BE CLOSED. ANY BANKING TRANSACTIONS CONDUCTED ON THESE DAYS WILL BE POSTED THE FOLLOWING BUSINESS DAY. THE BMS BANKING CENTER IS AVAILABLE FOR ASSISTANCE MON-FRI 8AM TO 8PM ET AT (800) 634-7734, OPT 8.
TIP: TO AVOID BUWH, PLEASE SUBMIT W9 FORM SOON AFTER TIN HAS BEEN SUPPLIED.

**As of April 30, 2011, the funds for this case were on deposit in the following institutions as shown below:**
New York Community                              $0.00
**Grand Total:**                                **$0.00**

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413



**BNY MELLON**

**Statement Period**
April 1 - April 30, 2011

10-72313
BOLING, CHRISTOPHER G., DEBTOR
JAMES E STEVENS (0000330420)

## CHECKING ACCOUNT SUMMARY         Account No. 92001586782866

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $4,000.16 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 9 | $(4,000.16) |
| **Ending Balance** | 9 | $0.00 |

## TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/15 | CHECK # 0000000101 | $(1,293.00) |  | $2,707.16 |
| 04/15 | CHECK # 0000000102 | $(1,000.04) |  | $1,707.12 |
| 04/19 | CHECK # 0000000108 | $(209.77) |  | $1,497.35 |
| 04/20 | CHECK # 0000000103 | $(236.78) |  | $1,260.57 |
| 04/20 | CHECK # 0000000104 | $(47.44) |  | $1,213.13 |
| 04/21 | CHECK # 0000000107 | $(181.16) |  | $1,031.97 |
| 04/26 | CHECK # 0000000109 | $(3.16) |  | $1,028.81 |
| 04/28 | CHECK # 0000000105 | $(6.91) |  | $1,021.90 |
| 04/29 | CHECK # 0000000106 | $(1,021.90) |  | $0.00 |
| **Totals** |  | $(4,000.16) | $0.00 |  |

(* Indicates a break in the check sequence)   **CHECKS PAID IN NUMERIC ORDER**

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 04/15 | $1,293.00 | 104 | 04/20 | $47.44 | 107 | 04/21 | $181.16 |
| 102 | 04/15 | $1,000.04 | 105 | 04/28 | $6.91 | 108 | 04/19 | $209.77 |
| 103 | 04/20 | $236.78 | 106 | 04/29 | $1,021.90 | 109 | 04/26 | $3.16 |
|  |  |  |  |  |  | **Total Checks Paid:** |  | $4,000.16 |

**As of April 30, 2011, the funds for this account were on deposit in the following institutions as shown below:**

| New York Community | $0.00 |
|---|---|
| **Grand Total:** | **$0.00** |

**Check Number: 101           Pay Date: 04/05/2011  Amount: $1,293.00**





**Check Number: 102           Pay Date: 04/15/2011  Amount: $1,000.04**





**Check Number: 103**     **Pay Date: 04/20/2011  Amount: $236.78**



**Check Number: 104**     **Pay Date: 04/20/2011  Amount: $47.44**

**Check Number: 105     Pay Date: 04/28/2011  Amount: $6.91**





**Check Number: 106     Pay Date: 04/29/2011  Amount: $1,021.90**





**Check Number: 107        Pay Date: 04/21/2011  Amount: $181.16**





**Check Number: 108        Pay Date: 04/19/2011  Amount: $209.77**



**Check Number:** 109  **Pay Date:** 04/26/2011  **Amount:** $3.16

